# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| **TAVON BARBER,** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:25-cv-00088-AMM |
| ) | |
| **Nurse Alvarez and Unknown Prison Medical Staff,** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Shelly Moseley, state:

I am an Arizona private process server in good standing, PM309. I am 21 years or older and not a party to this action.

I served the following documents to Nurse Alvarez in Pima County, AZ on April 8, 2025 at 4:16 pm at 400 W Congress, 4th floor, Ste 4800, Tucson, AZ 85701 by leaving the following documents with Victoria Miller who as Receptionist at United States of America Attorney General's Office, is authorized by appointment or by law to receive service of process for Nurse Alvarez .

United States District Court District Of Arizona Civil Cover Sheet, Complaint Jury Trial Demanded Summons In A Civil Action

Additional Description:
Victoria Miller, Receptionist at the United States of America Attorney General's Office, authorized to accept service for Melissa Krueger, Attorney General.

Black or African American Female, est. age 55-64, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.22067,-110.9763633333
Photograph: See Exhibit 1

Total Cost: $140.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Pima County, AZ on 4/16/2025.

/s/ *Shelly Moseley*
Signature
Shelly Moseley
+1 (520) 629-0303



Exhibit 1a)



